# LANDLORD AND TENANT.

DYETT *v.* PENDLETON, 8 Cow. 727.
In S. Ct. 4 id. 581.

*Landlord and Tenant ; Eviction ; Nuisance ; Rent.*

THE Supreme Court in this case, held that a plea of eviction, which alleged " that the landlord was guilty of a nuisance in bringing lewd women near the premises demised, and under the same roof, by which the tenant and his family were broken of their rest and otherwise, so much annoyed *that they were obliged to leave the demised premises*, and keep away on that account," was bad on general demurrer, and was not a legal bar to the landlord's recovery for rent ; that although an eviction by the lessor of any part of the demised premises, was a good plea in bar, the facts set up in this plea did not amount to such an eviction.

The Court of Errors *reversed* the judgment of the Supreme Court, upon the ground that such " nocturnal noises and disturbances, and the abandonment of the premises by the tenant," were evidence *to go to a jury, under a plea of eviction of tenant by the landlord,* in an action for the rent ; and that the jury might upon such evidence, be authorized in finding the plea of eviction to be true ; and that if the facts were found as alleged in the plea, the lessor would thereby be barred of his rent, as on an actual and physical expulsion of the tenant by the lessor.

Judgment *reversed* accordingly.